UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES HOUSE,<br><br>    Defendant. | Case No. 14-cr-00329-SI-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S REQUEST FOR A STAY**<br><br>Re: Dkt. No. 27 |

        Petitioner 114 Park Lane Santa Rosa LLC has filed an ex parte application requesting a hearing date and briefing schedule with respect to petitioner's request for a stay.  Petitioner seeks to stay the government's pending proceedings re: Preliminary Order of Forfeiture and the government's motion to dismiss 114 Park Lane Santa Rosa LLC's opposition to the forfeiture proceedings.  In its motion, petitioner also requests a new briefing schedule on the government's motion to dismiss, in the event the stay is not granted.

        The government opposes the ex parte application on numerous grounds.  The Court has reviewed the parties' papers, including the Notice of Unavailability filed by counsel for the government, and hereby sets the following schedule:

        1.  Petitioner shall file its motion for stay no later than June 30, 2016;

        2.  The government shall file its opposition by July 22, 2016;

        3.  Petitioner shall have until July 29, 2016 to file any reply to the opposition;

        4.  The hearing on the motion to stay shall be held on August 5, 2016 at 11:00 a.m.

5. The pending hearing on the government's motion to dismiss shall be continued from August 5, 2016, to September 9, 2016. The Court will set a new briefing schedule on the motion to dismiss in the event the Court does not stay this action.

**IT IS SO ORDERED**.

Dated: June 27, 2016

_____
SUSAN ILLSTON
United States District Judge