| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Attorney for the United States |
| 2 | Acting under Authority Conferred by 28 U.S.C. § 515 |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | |
| 5 | ROBERT DAVID REES (CABN 229441)<br>Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7210<br>FAX: (415) 436-7234 |
| 8 | Email: robert.rees@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 14-329 SI |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | **CONTINUING STATUS HEARING** |
| JAMES HOUSE, | ) | |
| Defendant. | ) | |

The parties are currently set for a status hearing on June 9, 2017 at 11:00 am, before this honorable court. The defendant is continuing to actively cooperate with the government and his cooperation is not yet complete, as the case in which he is to testify has now been set to begin in October 2017. Accordingly, the parties agree that the matter of sentencing date has not yet been sufficiently resolved such that there is no meaningful status to report with respect to sentencing. The parties therefore request that the Court reschedule the defendant's hearing on June 9, 2017 and continue it to March 9, 2018 when the parties expect better to be able to inform the Court as to the status of sentencing

//

//

STIPULATION TO CONTINUE STATUS
CR 14-329 SI

in this matter.

IT IS SO STIPULATED

DATED: June 6, 2017  ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

/s/ Robert D. Rees____
ROBERT DAVID REES
Assistant United States Attorney

DATED: June 6, 2017

/s/ Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant JAMES HOUSE

### [PROPOSED] ORDER

For the good cause stated above, IT IS HEREBY ORDERED that the hearing in the above-captioned case currently set for June 9, 2017 is vacated and continued to March 9, 2018 at 11:00 am, for sentencing status.

IT IS SO ORDERED.

DATED: 6/7/2017

_____
HON SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS
CR 14-329 SI