UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES HOUSE,<br><br>　　　　　Defendant. | Case No. 14-cr-00329-SI-1<br><br>**ORDER RE: JUNE 8, 2018 STATUS CONFERENCE**<br><br>Re: Dkt. No. 60 |

The Court has received the parties' stipulation and proposed order requesting to continue the June 8, 2018 status conference. The Court wishes to proceed with the June 8 status conference in order to discuss matters unrelated to sentencing. At the status conference, the Court will set a further date regarding defendant's sentencing.

**IT IS SO ORDERED**.

Dated: June 6, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge